DISMISS; Opinion Filed April 3, 2013.



In The
Court of Appeals
Fifth District of Texas at Dallas

No. 05-12-01066-CV

CHAD BROZOVICH, Appellant
V.
VERITEX COMMUNITY BANK N.A., Appellee

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-01105

# MEMORANDUM OPINION

Before Justices Francis, Lang, and Evans
Opinion by Justice Evans

The clerk's record in this case is overdue. By letter dated February 5, 2013, we notified appellant that the Dallas County District Clerk's office had informed us that the clerk's record had been prepared but had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide the Court with written verification that either the clerk's record had been paid for, appellant had made arrangements to pay for the record, or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if we did not receive the required documentation within ten days, we might dismiss the appeal for want of prosecution. To date, appellant has not provided the Court with the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b)(c).

DAVID W. EVANS
JUSTICE

121066F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

CHAD BROZOVICH, Appellant

No. 05-12-01066-CV     V.

VERITEX COMMUNITY BANK N.A.,
Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No . DC-12-01105.
Opinion delivered by Justice Evans.
Justices Francis and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee VERITEX COMMUNITY BANK N.A. recover its costs of this appeal from appellant CHAD BROZOVICH.

Judgment entered this 3rd day of April, 2013.

_____
DAVID W. EVANS
JUSTICE